**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Karmaloop, Inc., et al.,[1] | ) | Case No. 15-10635(KJC) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

**NOTICE OF REQUESTED HEARING REGARDING BANKRUPTCY
PETITIONS AND FIRST DAY MOTIONS AND SUPPORTING DOCUMENTS**

**PLEASE TAKE NOTICE** that on March 23, 2015, the above-captioned debtors and debtors-in-possession (the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that the Debtors continue to operate their businesses, as debtors and debtors-in-possession, pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, under the protection of the automatic stay against, among other things, the commencement or continuation of actions by creditors to recover, exercise control over or collect property of the Debtors pursuant to section 362 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have requested a hearing (the "First Day Hearing") on the morning of Wednesday, March 25, 2015, at the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom # 5, Wilmington, Delaware 19801 on the following motions and supporting documents

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Karmaloop, Inc. - 3934; KarmaloopTV, Inc. - 8230; The Debtors' address is 334 Boylston Street, Suite 500, Boston, MA 02116.

requesting certain "first day" relief (collectively, the "First Day Pleadings"), which were filed by the Debtors in connection with these cases:[2]

| Docket No. | FIRST DAY PLEADINGS |
|---|---|
| 1 | Voluntary Petition of Karmaloop, Inc. Case No. 15-10635 |
| 1 | Voluntary Petition of KarmaloopTV, Inc. Case No. 15-10636 |
| 3 | Declaration of Brian L. Davies, Jr., in Support of the Debtor's Chapter 11 Petition and First Day Motions |
| 4 | Debtors' Motion for Entry of an Order Directing Joint Administration of their Chapter 11 Cases |
| 5 | Debtors' Motion for Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (IV) Granting Related Relief |
| 6 | Debtors' Motion for Order Under Bankruptcy Code Sections 105, 361, 362, 363, 1107(a) and 1108 Authorizing Debtors to Maintain Existing Insurance Policies and Pay All Policy Premiums and Continue Relationship With Insurance Brokers |
| 7 | Motion of the Debtors for the Entry of an Order (A) Authorizing, But Not Obligating, the Debtors to Remit and Pay Certain Taxes and (B) Authorizing and Directing Banks and Other Financial Institutions to Honor Related Checks and Electronic Payment Requests |
| 8 | Debtors' Motion for Entry of an Order (I) Authorizing Payment of Certain Prepetition Employee Claims, Including Wages and Salaries, (II) Authorizing Payment Of Certain Employee Benefits and Confirming Right to Continue Employee Benefits on Postpetition Basis, (III) Authorizing Payment of Reimbursement to Employees for Prepetition Expenses, (IV) Authorizing Payment of Withholding and Payroll-Related Taxes, (V) Authorizing Payment of Prepetition Claims Owing to Administrators and Third Party Providers, and (VI) Directing Banks to Honor Prepetition Checks and Fund Transfers for Authorized Payments |

---

[2] A further notice will be provided once the date and time for the First Day Hearing has been confirmed.

| | |
|---|---|
| 9 | Debtors' Motion for Interim Order Under 11 U.S.C. §§ 105(a), 345, 363, 364, and 503(b)(1) Authorizing (A) Continued Maintenance of Existing Bank Accounts, (B) Continued Use of Existing Business Forms, (C) Continued Use of Existing Cash Management Systems and (D) Waiver of Certain Guidelines Relating to Bank Accounts |
| 10 | Debtors' Application for Appointment of Rust Consulting Omni Bankruptcy as Claims and Noticing Agent |
| 11 | Debtors' Motion for Entry of Interim and Final Orders Pursuant to Sections 105, 361, 362, 363 and 364 of the Bankruptcy Code and Bankruptcy Rules 2002, 4001 and 9014: (I) Authorizing Postpetition Financing, (II) Granting Liens and Providing Superpriority Administrative Expense Priority, (III) Authorizing Use of Cash Collateral and Providing for Adequate Protection, (IV) Modifying the Automatic Stay, and (V) Scheduling a Final Hearing |

**PLEASE TAKE FURTHER NOTICE** that copies of the First Day Pleadings may be inspected in the offices of the Clerk of the Bankruptcy Court during normal business hours or downloaded from the Bankruptcy Court's web site at www.deb.uscourts.gov.   Please note that prior registration with the PACER Service Center and payment of a fee may be required to access such document.  Parties in interest may sign up for a PACER account by visiting the PACER website at http://pacer.psc.uscourts.gov or by calling (800) 676-6856.  Copies of the First Day Pleadings are located, free of charge, at www.omnimgt.com/karmaloop.

**PLEASE TAKE FURTHER NOTICE** that all objections, if any, to the First Day Pleadings may be made at the First Day Hearing.

|  |  |
|---|---|
| Dated:   March 23, 2015 | **WOMBLE CARLYLE SANDRIDGE & RICE, LLP** |
|  | /s/ Steven K. Kortanek |
|  | Steven K. Kortanek (Del. Bar No. 3106) |
|  | Ericka F. Johnson (Del. Bar No. 5024) |
|  | Morgan L. Patterson (Del. Bar No. 5388) |
|  | 222 Delaware Avenue, Suite 1501 |
|  | Wilmington, DE 19801 |
|  | Telephone: (302) 252-4320 |
|  | Facsimile: (302) 252-4330 |
|  | E-mail:  skortanek@wcsr.com |
|  | E-mail:  erjohnson@wcsr.com |
|  | E-mail:  mpatterson@wcsr.com |
|  | -and- |
|  | **BURNS & LEVINSON LLP** |
|  | Scott H. Moskol |
|  | Michael V. Samarel |
|  | Tal M. Unrad |
|  | 125 Summer Street |
|  | Boston, MA 02110 |
|  | Telephone: (617) 345-3000 |
|  | Facsimile: (617) 345-3299 |
|  | E-mail:  smoskol@burnslev.com |
|  | E-mail:  msamarel@burnslev.com |
|  | E-mail:  tunrad@burnslev.com |
|  | *Proposed Counsel for the Debtors and Debtors-in-Possession* |