IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| KARMALOOP, INC., *et al.*[1] | Case No. 15-10635 (MFW)<br>Jointly Administered |
| Debtors. | |

## NOTICE OF APPOINTMENT OF
## COMMITTEE OF UNSECURED CREDITORS

Pursuant to section 1102(a)(1) of title 11 of the United States Code, I hereby appoint the following persons/entities to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **eBay Enterprise, Inc. f/k/a GSI Commerce Solutions, Inc.**, Attn: Howard Sherman, 935 First Avenue, King of Prussia, Pennsylvania, Phone: (610) 491-4254.

2. **Insight Venture Partners VI**, Attn: Eric Goldstein, 1114 Avenue of Americas, 36th Floor, New York, New York 10036, Phone: 212-931-5307; Fax: 212-230-9272

3. **Over Everything, LLC dba The Collective**, Attn: Tadd Crave, 501 10th Avenue, New York, New York, Phone: 917-262-1166

4. **Catherine McEnroe**, Phone: (516) 627-6507.

5. **Vcare Technology**, Attn: Salil Gupta,, 5000 Atrium Way, Suite 8, Mount Laurel, NJ 08854, Phone: 848-219-0935.

ANDREW R. VARA
Acting United States Trustee, Region 3

/s/ Tiiara N. A. Patton, for
T. PATRICK TINKER
ASSISTANT U.S. TRUSTEE

Dated: April 1, 2015

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Karmaloop, Inc. (3934) and Karmaloop TV, Inc. (8230). The Debtors' principal offices are located at 334 Boylston St., Ste. 500, Boston, MA 02116.