IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Karmaloop, Inc., et al.,[1] | ) | Case No. 15-10635 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Hearing Date: April 30, 2015 at 11:30 a.m. ET** |
| | ) | **Objection Deadline: April 23, 2015 at 4:00 p.m. ET** |

## NOTICE OF MOTION OF THE DEBTORS PURSUANT TO 11 U.S.C. §§ 105(a) AND 363(b) TO (I) RETAIN CRS CAPSTONE PARTNERS, LLC TO PROVIDE THE DEBTORS A CHIEF RESTRUCTURING OFFICER AND CERTAIN ADDITIONAL PERSONNEL, AND (II) DESIGNATE BRIAN DAVIES AS DEBTORS' CHIEF RESTRUCTURING OFFICER

**PLEASE TAKE NOTICE** that on April 2, 2015, Karmaloop, Inc. and its affiliated debtor (the "Debtors"), filed the Motion of the Debtors Pursuant to 11 U.S.C. §§ 105(a) and 363(b) to (I) Retain CRS Capstone Partners, LLC to Provide the Debtors a Chief Restructuring Officer and Certain Additional Personnel, and (II) Designate Brian Davies as Debtors' Chief Restructuring Officer (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the Motion, if any, must be made in writing, filed with the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served so as to be received by the following parties no later than **April 23, 2015 at 4:00 p.m. (prevailing Eastern time)** (the "Objection Deadline"): (i) the Debtors, Karmaloop, Inc. and KarmaloopTV, Inc., 334 Boylston Street, Suite 500, Boston, Massachusetts 02116, Attn: Brian L. Davies, Jr., CRO and (ii) proposed counsel for the Debtors, Burns & Levinson LLP, 125

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Karmaloop, Inc. - 3934; KarmaloopTV, Inc. – 8230. The Debtors' address is 334 Boylston Street, Suite 500, Boston, MA 02116.

Summer Street, Boston, Massachusetts 02110, Attn: Scott H. Moskol, Esq. and Womble Carlyle Sandridge & Rice, LLP, 222 Delaware Avenue, Suite 1501, Wilmington, Delaware 19801, Attn: Steven K. Kortanek, Esq. (collectively, the "Notice Parties").

**PLEASE TAKE FURTHER NOTICE** that if any responses are timely filed in accordance with this Notice, a hearing on the Motion will be held on **April 30, 2015 at 11:30 a.m. (prevailing Eastern time)** before The Honorable Mary F. Walrath at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801. Only objections made in writing and timely filed will be considered by the Bankruptcy Court at such hearing.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: April 2, 2015

WOMBLE CARLYLE SANDRIDGE
  &amp; RICE, LLP

/s/ Steven K. Kortanek
Steven K. Kortanek (Del. Bar No. 3106)
Thomas M. Horan (Del. Bar No. 4641)
Ericka F. Johnson (Del. Bar No. 5024)
Morgan L. Patterson (Del. Bar No. 5388)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
E-mail: skortanek@wcsr.com
E-mail: thoran@wcsr.com
E-mail: erjohnson@wcsr.com
E-mail: mpatterson@wcsr.com

-and-

**BURNS & LEVINSON LLP**
Scott H. Moskol
William V. Sopp
Michael V. Samarel
Tal M. Unrad
125 Summer Street
Boston, MA 02110
Telephone: (617) 345-3000
Facsimile: (617) 345-3299
E-mail: smoskol@burnslev.com
E-mail: wsopp@burnslev.com
E-mail: msamarel@burnslev.com
E-mail: tunrad@burnslev.com

*Proposed Counsel for the Debtors and Debtors-in-Possession*