# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| KL Wind-Down, Inc., et al.,[1] | Case No. 15-10635 (MFW) |
| Debtors. | (Jointly Administered) |
| KARMALOOP, INC. and KARMALOOPTV, INC., | |
| Plaintiffs, | Adv. Proc. No. 15-50848 (MFW) |
| v. | |
| TC OPS, LLC and TC TRADECO, LLC, | |
| Defendants. | |

**NOTICE OF *SECOND AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING FOR AUGUST 26, 2015 AT 11:30 A.M. (ET)[3]**

ADJOURNED MATTER:

1. Motion of Jakprints, Inc. for Allowance of Administrative Expense Claim and for an Order Authorizing and Directing the Debtors to Pay Jakprints, Inc.'s Administrative Expense Claim, filed May 11, 2015 [Docket No. 208].

   Response Deadline:   May 28, 2015 at 4:00 p.m.

   Related Documents:

   A. Reply in Support of Motion of Jakprints, Inc. for Allowance of Administrative Expense Claim and for an Order Authorizing and

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: KL Wind-Down, Inc. (f/k/a Karmaloop, Inc.) – 3934; KL TV Wind-Down, Inc. (f/k/a KarmaloopTV, Inc.) – 8230. The Debtors' address is 334 Boylston Street, Suite 500, Boston, MA 02116.

[2] **Amended agenda items appear in bold.**

[3] All telephonic court appearances must be arranged through CourtCall, LLC (T: 866-582-6878 or F: 866-533-2946). The hearing will take place before The Honorable Mary F. Walrath, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom #4, Wilmington, Delaware 19801.

WCSR 34936100v1

Directing the Debtors to Pay Jakprints, Inc.'s Administrative Expense Claim, filed June 17, 2015 [Docket No. 289].

Response(s) Received:

A. Objection to Motion of Jakprints, Inc. for Allowance of Administrative Expense Claim and for an Order Authorizing and Directing the Debtors to Pay Jakprints, Inc.'s Administrative Expense Claim, filed on May 27, 2015 [Docket No. 248].

Status: The parties agree to adjourn the hearing on this matter to a date to be determined.

**MATTER WITH CERTIFICATE OF NO OBJECTION:**

2. Amended Motion for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. §503(b) Filed by Greg Selkoe, filed July 14, 2015 [Docket No. 348].

Response Deadline: August 6, 2015 at 4:00 p.m.

Related Documents:

A. Motion of Greg Selkoe for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. §503(b), filed July 6, 2015 [Docket No. 337].

B. Certificate of No Objection, filed August 10, 2015 [Docket No. 386].

Response(s) Received: None.

Status: A certificate of no objection has been filed.

**MATTER GOING FORWARD:**

3. Corrected Request for Payment of Administrative Expense Claim Pursuant to 11 U.S.C. 503(b)(1) filed by Third Estate LLC, filed July 10, 2015 [Docket No. 342].

Response Deadline: August 19, 2015 at 4:00 p.m.

Related Documents:

A. Request for Payment of Administrative Expense Pursuant to 11 U.S.C. 503(b)(1), filed July 6, 2015 [Docket No. 338].

B. Certificate of No Objection Regarding Docket No. 342, filed August 25, 2015 [Docket No. 396].

    Response(s) Received:    None as of this date and time.

    Status:    The hearing on this matter is scheduled to go forward. The Debtors plan to file a motion to convert their cases to chapter 7 prior to the hearing, and accordingly the Debtors request that the motion be adjourned. A certificate of no objection has been filed.

**PRETRIAL CONFERENCE IN ADVERSARY PROCEEDING:**

4. Complaint to Avoid and Recover Preferential and/or Fraudulent Transfers and for Other Relief, filed June 16, 2015 (Adversary Proc. No. 15-50848) [Docket No. 1].

   Response Deadline:    Answer or other responsive pleading deadline extended to July 23, 2015

   Related Documents:

   A. Summons and Notice of Pretrial Conference in an Adversary Proceeding, filed on June 16, 2015 (Adversary Proc. No. 15-50848) [Docket No. 2].

   B. Stipulation to Extend Time Between TC Ops, LLC, TC Tradeco, LLC and Karmaloop, Inc. and KarmaloopTV, filed on July 15, 2015 (Adversary Proc. No. 15-50848) [Docket No. 4].

   Response(s) Received:

   A. Answer and Affirmative Defenses to Complaint to Avoid and Recover Preferential and/or Fraudulent Transfers and for Other Relief, filed July 23, 2015 (Adversary Proc. No. 15-50848) [Docket No. 8].

   Status:    The pretrial conference in the adversary proceeding will go forward.

**STATUS CONFERENCE:**

5. **Debtors' Expedited Motion for Entry of (I) an Order Amending the Final DIP Order, and Authorizing Remittance of Cash Collateral and Facilitating Transfers Pursuant to the Sale Order, and (II) an Order Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code, filed August 25, 2015 [Docket No. 398].**

   **Response Deadline:  To be determined.**

   **Related Documents:**    **None as of this date and time.**

   **Response(s) Received:**    **None as of this date and time.**

**Status:** **The Debtors request that a status conference go forward with respect to the Motion, for the purpose of scheduling a hearing on the Motion.**

Dated: August 26, 2015

**WOMBLE CARLYLE SANDRIDGE & RICE, LLP**

*/s/ Ericka F. Johnson*
Steven K. Kortanek (Del. Bar No. 3106)
Thomas M. Horan (Del. Bar No. 4641)
Ericka F. Johnson (Del. Bar No. 5024)
Morgan L. Patterson (Del. Bar No. 5388)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
E-mail: skortanek@wcsr.com
E-mail: thoran@wcsr.com
E-mail: erjohnson@wcsr.com
E-mail: mpatterson@wcsr.com

-and-

**BURNS & LEVINSON LLP**
Scott H. Moskol
William V. Sopp
Michael V. Samarel
125 Summer Street
Boston, MA 02110
Telephone: (617) 345-3000
Facsimile: (617) 345-3299
E-mail: smoskol@burnslev.com
E-mail: wsopp@burnslev.com
E-mail: msamarel@burnslev.com

*Counsel for the Debtors and Debtors-in-Possession*