IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| KL Wind-Down, Inc., et al.,[1] | Case No. 15-10635 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Related Docket No. 398** |

### ORDER (I) AMENDING THE FINAL DIP ORDER, AND (II) AUTHORIZING THE DEBTORS (A) TO REMIT ANY AND ALL CASH COLLATERAL IN THEIR POSSESSION OR CONTROL AS DIRECTED BY THE POSTPETITION AGENT, AND (B) REMIT ANY MONIES OWNED BY THE PURCHASER AS <u>DIRECTED BY THE PURCHASER</u>

Upon consideration of the *Debtors' Expedited Motion for an Order Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code* (the "<u>Motion</u>"),[2] and finding that due and sufficient notice of the Motion having been given under the circumstances; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and this is a core proceeding under 28 U.S.C. §157(b)(2); and after due deliberation, and sufficient cause appearing for granting the relief sought in the motion related to amending the Final DIP Order and certain other relief, it is hereby

**ORDERED, ADJUDGED and DECREED** as follows:

1. The Motion is GRANTED to the extent set forth herein.

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: KL Wind-Down, Inc. (f/k/a Karmaloop, Inc.) – 3934; KL TV Wind-Down, Inc. (f/k/a KarmaloopTV, Inc.) – 8230. The Debtors' address is 334 Boylston Street, Suite 500, Boston, MA 02116.

[2] Capitalized terms used but not otherwise defined herein have the respective meanings assigned to them in the Motion.

WCSR 35090733v3

2.    The DIP Commitment amount set forth in the Final DIP Order (Docket No. 143), and the Revolving Loan Commitment under the Postpetition Loan Agreement, are each hereby amended as set forth in ~~the Motion~~ *this Order* solely to reflect that the Postpetition Lenders have made the remaining Carveout Distributions, with the exception set forth below, to the applicable Carveout Professionals under and subject to the Final DIP Order. Notwithstanding anything in this Order to the contrary, any and all Carveout Distributions and any other payments made in respect of the Carveout are and will remain subject to the terms and conditions of the Final DIP Order.

3.    Funds on deposit at Account No. xxx1883 at People's Bank in the amount of $83,254.42 (representing $1,608.04 in Cash Collateral and $81,646.38 in funds owned by the Purchaser, Karmaloop, LLC) shall be remitted forthwith as follows: (a) $82,788.96 to Womble Carlyle in satisfaction of its remaining Carveout Distribution in the same amount, and (b) $465.46 to the Purchaser, either by the appropriate Debtor, to the extent any remaining Debtor representative has signature authority over said account, otherwise the automatic stay is modified to the limited extent required for the Postpetition Agent or Postpetition Lenders to invoke their depository control agreement rights over the Account to effect such transfer of funds.

4.    This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: October 2, 2015

_____
The Honorable Mary F. Walrath
United States Bankruptcy Judge

2