# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| KL Wind-Down, Inc., et al.,[1] | Case No. 15-10635 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Related Docket No. 398** |

## ORDER CONVERTING THE DEBTORS' CHAPTER 11 BANKRUPTCY CASES TO CASES UNDER CHAPTER 7 OF THE BANKRUPTCY CODE

Upon consideration of the *Debtors' Expedited Motion for an Order Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code* (the "Motion"),[2] and finding that due and sufficient notice of the Motion having been given under the circumstances; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and this is a core proceeding under 28 U.S.C. §157(b)(2); and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED and DECREED** as follows:

1. The Debtors' chapter 11 cases are converted, pursuant to 11 U.S.C. § 1112(a), to cases under chapter 7 of the United States Bankruptcy Code, effective as of the date of entry of the Order by the Court (the "Conversion Date").

2. Effective as of the Conversion Date, the Debtors shall:

    (a) Turn over to the chapter 7 trustee all records and property of the estate under their custody and control as required by Federal Rule of Bankruptcy Procedure Fed. R. Bankr. P. 1019(4); and

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: KL Wind-Down, Inc. (f/k/a Karmaloop, Inc.) – 3934; KL TV Wind-Down, Inc. (f/k/a KarmaloopTV, Inc.) – 8230. The Debtors' address is 334 Boylston Street, Suite 500, Boston, MA 02116.

[2] Capitalized terms used but not otherwise defined herein have the respective meanings assigned to them in the Motion.

WCSR 35092284v2

(b) Within 14 days of the Conversion Date, file a schedule of unpaid debts incurred after commencement of the superseded case including the name and address of each creditor, as required by Fed. R. Bankr. P. 1019(5).

(c) Within 14 days of the Conversion Date, file the statements and schedules required by Fed. R. Bankr. P. 1019(1)(A) and 1007(b), if such statements and schedules have not already been filed.

(d) Within 30 days from the Conversion Date, file and transmit a final report and account as required by Fed. R. Bankr. P. 1019(5)(A) to the Office of the United States Trustee.

3. All professionals employed by the Debtors in these chapter 11 cases shall file, within 45 days of the Conversion Date, a final fee application for approval of all fees and expenses incurred through the Conversion Date ("Final Fee Applications") and such Final Fee Applications may include such reasonable time as is necessary for preparation and prosecution of the Final Fee Applications even though such time is incurred after the Conversion Date. ~~A hearing to consider approval of~~ Final Fee Applications will be held on _____, 2015 at ____:____ .m.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: October 2, 2015

_____
The Honorable Mary F. Walrath
United States Bankruptcy Judge

WCSR 35092284v2