# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

In Re:                                         **Chapter:** 7
KL Wind–Down, Inc.
334 Boylston Street
Suite 500
Boston, MA 02116
Karmaloop TV, Inc.
  **EIN:** 26–2953934                          **Case No.:** 15–10635–MFW
Flud Watches, LLC
Magic Blvd ApS
PLNDR                                               15–10636–MFW
Fenced Watches, LLC
Karmaloop Boston, LLC

### NOTICE OF CONVERSION

**NOTICE IS HEREBY GIVEN** that the debtor(s) chapter 11 petition has been converted to a chapter 7 petition on 10/2/15.

David D. Bird, Clerk of Court

\* If you previously filed a Proof of Claim in this case, you do not need to file another Proof of Claim.

\* If you previously filed a Motion/Request for Allowance and/or payment of an administrative expense claim that has not yet been ruled upon, you will receive written notice in the future when your administrative expense claim(s) will be scheduled for hearing.

Dated: 10/7/15

(VAN–031)